IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| STEVEN RINDNER )<br><br>Plaintiff, )<br>v. )<br><br>BESINS HEALTHCARE, INC., *et al.*, )<br><br>Defendants. ) | Case No.: 1:14-cv-00355-TSE/JFA |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, Plaintiff Steven Rindner ("Plaintiff") and Defendants Besins Healthcare, Inc., Besins Healthcare Nutrition, LLC, Olympian Labs, Inc., LaSalle Laboratories, Inc., BHR Pharma ,LLC, and Ascend Therapeutics US, LLC (collectively, the "Defendants") stipulate that this matter (including all claims and counterclaims) shall be dismissed with prejudice, with each party to bear its own attorney's fees and costs.

So Ordered this ___ day of _____ 2014.

_____
Honorable T.S. Ellis, III
United States District Court Judge

Respectfully submitted,

_____
Bernard J. DiMuro, Esq. VSB #18784
Miles Jarrad Wright, Esq. VSB #68814
*Counsel for Plaintiff*
DiMuroGinsberg, PC
1101 King Street, Suite 610
Alexandria, Virginia 23314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
E-mail: bdimuro@dimuro.com;
mjwright@dimuro.com

_____
Erik F. Benny, Esq. VSB #83650
Paul R. Monsees (admitted *pro hac vice*)
*Counsel for Defendants*
Foley & Lardner LLP
Washington Harbour
3000 K Street, NW Suite 600
Washington, DC 20007-5109
Telephone: (202) 295-4144
Facsimile: (202) 672-5399
E-mail: EBenny@foley.com;
PMonsees@foley.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 22nd day of September, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

/s/_____
Bernard J. DiMuro, Esq. (VSB #18784)
Miles Jarrad Wright, Esq. (VSB #68814)
*Counsel for Plaintiff Steven Rindner*
**DiMuroGinsberg**, PC
1101 King Street, Suite 610
Alexandria, Virginia 23314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
E-mails: bdimuro@dimuro.com;
mjwright@dimuro.com